**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARIEN NURIEN CARDOZA LARO, | No. 07-71594 |
| Petitioner, | Agency No. A097-741-543 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 11, 2010 [**]

Before:     BEEZER, TROTT, and BYBEE, Circuit Judges.

Carien Nurien Cardoza Laro, a native and citizen of El Salvador, petitions

pro se for review of the Board of Immigration Appeals' ("BIA") order affirming an

immigration judge's decision denying her application for asylum and withholding

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

KY/Research

of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence, *INS v. Elias Zacarias*, 502 U.S. 478, 481 n.1 (1992), and we deny the petition for review.

Substantial evidence supports the BIA's denial of Cardoza Laro's asylum and withholding of removal claims, because she failed to establish that she was persecuted on account of any protected ground.  *See Ochoa v. Gonzales*, 406 F.3d 1166, 1170-72 (9th Cir. 2002) (affirming BIA's denial of asylum and withholding of removal where petitioners failed to prove their persecution was on account of a social group or imputed political opinion).

**PETITION FOR REVIEW DENIED.**